```
ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3538
     Facsimile:  (714) 338-3708
     Email: joshua.robbins@usdoj.gov
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOUGLAS WAYNE SCHNEIDER,<br><br>A Fugitive from the Government of Canada. | No. SACV14-592 RT (AN)<br><br>GOVERNMENT'S NOTICE OF LODGING OF (1) REQUEST FOR EXTRADITION AND (2) FORMAL EXTRADITION PAPERS |

    The fugitive, Douglas Wayne Schneider, having been arrested on February 28, 2014, pursuant to an arrest warrant issued by United States Magistrate Jean P. Rosenbluth, and having come before Magistrate Judge Robert N. Block on February 28, 2014 for an initial appearance, complainant United States of America, by and through its counsel of record, the United States Attorney, hereby (1) requests the extradition of the fugitive to Canada on the Canadian charges identified in the extradition request, and (2) files the formal extradition papers received by the United

States in this matter. The basis for the extradition request from Canada is that the fugitive was charged in Canada with criminal violations of that country's Securities Act.

The formal extradition papers consist of two parts: (1) a set of original documents bound with a yellow ribbon, which set contains a declaration from Attorney Advisor Anna Cavnar of the United States Department of State, a diplomatic note from Canada requesting the fugitive's extradition, and a copy of the 1976 United States-Canada extradition treaty, with subsequent amending protocols [Exhibit 1 hereto]; and (2) a set of original documents, bound with a red ribbon, which includes authenticated documentation presented by Canada in support of the extradition request and cover certifications from the U.S. Consul General in Ottawa, Canada [Exhibit 2 hereto].

On March 10, 2014, defendant signed an affidavit conceding that the elements of extradition are met in his case [Exhibit 3 hereto].

//
//
//
//
//
//
//
//
//
//

Case 8:14-cv-00592-RT-AN   Document 7   Filed 04/16/14   Page 3 of 4   Page ID #:10

The original documents, bound with ribbons and seals, should not be altered by the United States.

DATED: 4/15/14

                Respectfully submitted,

                ANDRÉ BIROTTE JR.
                United States Attorney

                DENNISE D. WILLETT
                Assistant United States Attorney
                Chief, Santa Ana Branch Office

                /s/ JOSHUA M. ROBBINS
                JOSHUA M. ROBBINS
                Assistant United States Attorney

                Attorneys for Complainant
                UNITED STATES OF AMERICA

3

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Orange County, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made. On this date, April 16, 2014, I served a copy of the foregoing document(s), described as follows: ***Government's Notice of Lodging of (1) Request for Extradition and (2) Original Formal Extradition Papers and Exhibits*** in the following manner:

■ by placing a true copy in a sealed envelope, addressed to the person specified below, and placing it for interoffice delivery within the courthouse:

**Cuauhtemoc Ortega**
**Federal Public Defenders Office**
**411 West Fourth Street, Suite 7110**
**Santa Ana, CA  92701-4598**

☐ by placing the documents in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

☐ by fax to the person and fax number specified below:

☐ by e-mailing a pdf. version of the document to the e-mail address specified below:

I declare under penalty of perjury that the foregoing is true and correct, executed on April 16, 2014, at Santa Ana, California.

_/s/ Linda Bennett_
LINDA BENNETT