ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3538
    Facsimile: (714) 338-3708
    Email: joshua.robbins@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOUGLAS WAYNE SCHNEIDER,<br><br>A Fugitive from the Government of Canada. | No. SACV14-00592 RT (AN)<br><br>GOVERNMENT'S NOTICE OF LODGING OF (1) REQUEST FOR EXTRADITION AND (2) FORMAL EXTRADITION PAPERS<br><br>EXHIBIT 3 |

1

<u>AFFIDAVIT OF CONSENT TO EXTRADITION</u>

1. I, Douglas Wayne Schneider, have been fully informed by my attorney, Cuauhtemoc Ortega, with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. § 3184 <u>et seq.</u>, and the extradition treaty in effect between the United States of America and the Government of Canada ("Canada").

2. In particular, I understand that Canada has requested my extradition and that under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

    a. that currently there is an extradition treaty in force between the United States and Canada;

    b. that the treaty covers the offenses for which my extradition was requested, namely: 1) Trading in unregistered securities, in violation of Sections 75(1)(a)(ii) and 194 of the Securities Act (Alberta) RSA 2000, C. S-4 as amended ("Securities Act"); (2) Distributing securities without filing and receiving a receipt for a preliminary prospectus and prospectus from the Executive Director of the ASC, in violation of Sections 110 and 194 of the Securities Act; (3) Making a statement that was misleading or untrue, or failing to state a fact necessary to make a statement not misleading, regarding the use of investor funds, in violation of Sections 92(4.1) and 194; and (4) Securities fraud, in contravention of Sections 93 and 194 of the Securities Act.

    c. that I am the person whose extradition is sought by Canada; and

  d. that probable cause exists to believe that I committed the offense for which extradition was requested.

 3. I further understand that I cannot be extradited to the requesting state unless and until a court of the United States certifies its finding of extraditability to the Secretary of State and the Secretary of State signs a warrant of surrender.

 4. In full knowledge of the above, I hereby concede that I am the individual against whom the charges referenced in paragraph 2(b) are pending in Canada and for whom process is outstanding there. In addition, I hereby stipulate that there is probable cause to support my extradition to the requesting state for the charges for which extradition was sought.

 5. In light of the foregoing, I hereby consent:

  a. to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184;

  b. to a decision by the Secretary of State authorizing my surrender;

  c. to be transported in custody to the requesting state as soon as its agents may arrive; and

  d. to remain in the custody of the United States Marshal pending the arrival of agents of the requesting state. I give this consent voluntarily, knowingly and entirely of my own free will. No representative, official, or officer of the United States or Canada, nor any person whomsoever, has made any

//

promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me.

Dated this 10 day of March, 2014.

_____
DOUGLAS WAYNE SCHNEIDER

_____
CUAUHTEMOC ORTEGA
Attorney for DOUGLAS WAYNE SCHNEIDER

I hereby certify that on this ____ day of _____ 2014, DOUGLAS WAYNE SCHNEIDER personally appeared before me and made his oath that the statements herein are true.

_____
Honorable Robert N. Block
United States Magistrate Judge
Central District of California

3