ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
California State Bar No. 243848
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California  92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3708
    Email: Joshua.Robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOUGLAS WAYNE SCHNEIDER,<br><br>A fugitive from the Government of Canada. | No. SACV14-00592 RT (AN)<br><br>NOTICE TO CONSOLIDATE |

    Complainant, United States of America, hereby gives notice that the civil filing in this case, being made today, should be consolidated with the Complaint for Arrest Warrant with a View Towards Extradition, and related filings, in the matter styled "IN THE MATTER OF THE EXTRADITION OF DOUGLAS WAYNE SCHNEIDER, A

//
//
//
//

1 | Fugitive from the Government of Canada," case number SA 14-
2 | 00089M, filed on February 26, 2014, which concerns the same
3 | fugitive.

4 | Dated: April 15, 2015          Respectfully submitted,

5 |                                 ANDRÉ BIROTTE JR.
                                    United States Attorney
6 |
                                    DENNISE D. WILLETT
7 |                                 Assistant United States Attorney
                                    Chief, Santa Ana Branch Office
8 |
9 |                                 /s/ Joshua M. Robbins
                                    _____
                                    JOSHUA M. ROBBINS
10 |                                Assistant United States Attorney

11 |                                Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2