FILED
2014 APR 16  AM 11: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DOUGLAS WAYNE SCHNEIDER<br><br>PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>SACV14-00592 RT (AN)<br><br>NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (EXTRADITION CASE) |

The within action has been assigned to the calendar of the Honorable _____Robert J. Timlin_____, U.S. District Judge, and referred to U.S. Magistrate Judge _____Arthur Nakazato_____ for decision pursuant to 18 U.S.C. Section 3184 and General Order 05-07 of the United States District Court for the Central District of California.

Correspondence, pleadings, and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court at the following location:

☐ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☒ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to submit and/or file at the proper location will result in your documents being returned to you.**

Clerk, U. S. District Court

April 16, 2014                        By   Maria Barr
_____Date_____                              Deputy Clerk