# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - ORDER

Case No.:   SACV 14-00592 RT (AN)                                    Dated: April 21, 2014

Title:   In the matter of the extradition of Douglas Wayne Schneider,
a fugitive from the Government of Canada
================================================================

Present:   **Hon. Arthur Nakazato,  United States Magistrate Judge**

(In Chambers - No Appearances)

<u>Stephen Ybarra</u>                                                      <u>None                </u>
Deputy Clerk                                                              CourtSmart Ref. No.

**Proceedings:**   Order re Extradition Hearing

**Rulings:**   The Court has reviewed the Government's extradition request in this matter, which is accompanied by the fugitive's affidavit consenting to the facts relating to his extradition to Canada. Accordingly, pursuant to 18 U.S.C. §§ 3184 and 3189, an extradition hearing before Magistrate Judge Arthur Nakazato is set for April 23, 2014, commencing at 10:00 a.m., in Courtroom 6B of the Ronald Reagan Federal Building and United States Courthouse located at 411 W. Fourth Street, Santa Ana, California. At the hearing, the Court will inquire to insure that the fugitive's consent to the facts relating to his extradition is knowing and voluntary, and to determine whether there is a sufficient factual basis supporting the Government's extradition request. Government's counsel is directed to lodge a proposed Extradition Order that sets forth the required factual findings no later than 4:00 p.m., April  22, 2014.

cc:   JUDGE TIMLIN
All Parties                                                   Initials of Deputy Clerk: dv for shy