ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3538
     Facsimile:  (714) 338-3708
     Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOUGLAS WAYNE SCHNEIDER,<br><br>A fugitive from the Government of Canada. | No. SA CV 14-00592 RT (AN)<br><br>NOTICE OF LODGING OF PROPOSED <u>CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT</u><br><br>[18 U.S.C. § 3184] |

     The United States, by and through its counsel of record, the United States Attorney for the Central District of California, hereby lodges with the Court a proposed Certificate

of Extraditability and Order of Commitment in the above-captioned case.

Respectfully submitted,

DATED: April 21, 2014                ANDRÉ BIROTTE JR.
                                     United States Attorney

                                     DENNISE D. WILLETT
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                          /s/
                                     JOSHUA M. ROBBINS
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     United States of America

2