UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-00592 RT (AN) | Date | April 23, 2014 |
|---|---|---|---|
| Title | In the Matter of the Extradition of Douglas Wayne Schneider | | |

| Present: The Honorable | Arthur Nakazato, Magistrate Judge |
|---|---|
| Denise Vo | CS 04/23/14 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joshua M. Robbins, AUSA | Cuauhtemoc Ortega, DFPD |

**Proceedings:**       (In Court) Extradition Hearing [Uncontested]

     Case called. Appearances made. Counsel for defendant represents to the Court that the Defendant is willing to consent to the extradition. The Court questions the Defendant and determines the consent is knowing and voluntary. Counsel for the government submits a proposed affidavit of consent to extradition and a certification of extraditability and order of commitment. The Court approves both documents. See attached.

     The Court further orders the preparation of a transcript and copy be provided to the Secretary of State pursuant to 18 U.S.C. § 3184. This minute order was reviewed by the Court and it augments the Court's oral comments or rulings made at the hearing. Further, to the extent any of the aforementioned rulings conflict with the Court's oral rulings, this Order shall control.

cc: courtrecording_cacd@cacd.uscourts.gov

                                                                                                 : 11

Initials of Preparer    dv

ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3538
    Facsimile: (714) 338-3708
    Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY shy    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

DOUGLAS WAYNE SCHNEIDER,

A fugitive from the Government of Canada.

No. ~~SA-14-89-M~~ SACV14-592 RT(AN)

AFFIDAVIT OF CONSENT TO EXTRADITION

[18 U.S.C. § 3184]

## AFFIDAVIT OF CONSENT TO EXTRADITION

1. I, Douglas Wayne Schneider, have been fully informed by my attorney, Cuauhtemoc Ortega, with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. § 3184 et seq., and the extradition treaty in effect between the United States of America and the Government of Canada ("Canada").

2. In particular, I understand that Canada has requested my extradition and that under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

   a. that currently there is an extradition treaty in force between the United States and Canada;

   b. that the treaty covers the offenses for which my extradition was requested, namely: 1) Trading in unregistered securities, in violation of Sections 75(1)(a)(ii) and 194 of the Securities Act (Alberta) RSA 2000, C. S-4 as amended ("Securities Act"); (2) Distributing securities without filing and receiving a receipt for a preliminary prospectus and prospectus from the Executive Director of the ASC, in violation of Sections 110 and 194 of the Securities Act; (3) Making a statement that was misleading or untrue, or failing to state a fact necessary to make a statement not misleading, regarding the use of investor funds, in violation of Sections 92(4.1) and 194; and (4) Securities fraud, in contravention of Sections 93 and 194 of the Securities Act.

   c. that I am the person whose extradition is sought by Canada; and

   d. that probable cause exists to believe that I committed the offense for which extradition was requested.

  3. I further understand that I cannot be extradited to the requesting state unless and until a court of the United States certifies its finding of extraditability to the Secretary of State and the Secretary of State signs a warrant of surrender.

  4. In full knowledge of the above, I hereby concede that I am the individual against whom the charges referenced in paragraph 2(b) are pending in Canada and for whom process is outstanding there. In addition, I hereby stipulate that there is probable cause to support my extradition to the requesting state for the charges for which extradition was sought.

  5. In light of the foregoing, I hereby consent:

   a. to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184;

   b. to a decision by the Secretary of State authorizing my surrender;

   c. to be transported in custody to the requesting state as soon as its agents may arrive; and

   d. to remain in the custody of the United States Marshal pending the arrival of agents of the requesting state. I give this consent voluntarily, knowingly and entirely of my own free will. No representative, official, or officer of the United States or Canada, nor any person whomsoever, has made any

//

1  promise or offered any other form of inducement nor made any
2  threat or exercised any form of intimidation against me.
3
4                                    Dated this __10__ day of
5                                    __MARch__, 2014.
                                     _____
6                                    DOUGLAS WAYNE SCHNEIDER
7  _____
8  CUAUHTEMOC ORTEGA
9  Attorney for DOUGLAS WAYNE SCHNEIDER
10
11     I hereby certify that on this _23rd_ day of __April__
12 2014, DOUGLAS WAYNE SCHNEIDER personally appeared before me and
13 made his oath that the statements herein are true.
14
15                                   _____
                                     Honorable ~~Robert N. Block~~ Arthur Nakazato
16                                   United States Magistrate Judge
                                     Central District of California

3

ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3538
    Facsimile: (714) 338-3708
    Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

DOUGLAS WAYNE SCHNEIDER,

A fugitive from the Government of Canada.

No. SA CV 14-00592-RT (AN)

[PROPOSED] CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT

[18 U.S.C. § 3184]

    The Court has received the Complaint for Arrest with a View Towards Extradition filed on February 26, 2014, by United States Attorney's Office for the Central District of California, for and on behalf of the Government of Canada ("Canada"), pursuant to Canada's request for the provisional arrest and extradition of the fugitive, Douglas Wayne Schneider ("Schneider"). The Court has also received an Affidavit of Consent to Extradition ("Affidavit") executed by Schneider and witnessed by his attorney in these proceedings, Cuauhtemoc Ortega.

On April 23, 2014, Schneider appeared before the Court in open session, accompanied by his attorney. The Court addressed Schneider and is satisfied that he is aware of his rights as set forth in the Affidavit and that the Affidavit was executed knowingly and voluntarily.

Inasmuch as Schneider has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending the arrival of agents from the requesting state to transfer him to the requesting state, the Court finds on the basis of the record herein and the representations of Schneider and counsel that:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2. The Court has personal jurisdiction over Schneider and subject matter jurisdiction over the case.

3. There is currently in force an extradition treaty between the Government of the United States of America and the Government of Canada, U.S.-Canada, Dec. 3, 1971, 27 U.S.T. 983, TIAS No. 8237 (the "Extradition Treaty"), which was amended in part by the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991 (the "1988 Protocol"); and by the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (the "2001 Protocol").

4. Schneider has been charged by felony complaint in Alberta, Canada, with the following charges: 1) Trading in unregistered securities, in violation of Sections 75(1)(a)(ii) and 194 of the Securities Act (Alberta) RSA 2000, C. S-4 as amended ("Securities Act"); (2) Distributing securities without filing and receiving a receipt for a preliminary prospectus and prospectus from the Executive Director of the ASC, in violation of Sections 110 and 194 of the Securities Act; (3) Making a statement that was misleading or untrue, or failing to state a fact necessary to make a statement not misleading, regarding the use of investor funds, in violation of Sections 92(4.1) and 194; and (4) Securities fraud, in violation of Sections 93 and 194 of the Securities Act.

5. The charged offenses are extraditable offenses under Article 2 of the Extradition Treaty, as replaced by Article I of the 1988 Protocol, which provides that extradition shall be granted for conduct that constitutes an offense punishable by the laws of both Canada and the United States by imprisonment or other form of detention for a term exceeding one year or any greater punishment.

6. The requesting state seeks the extradition of Schneider so that he may be held to answer these charges.

7. Schneider has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing findings, the Court concludes that Schneider is extraditable for the offense for which extradition

was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court shall deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk shall forward for the appropriate disposition certified copies of the same to the following persons: (1) Anna Cavnar, Office of the Assistant Legal Adviser for Law Enforcement and Intelligence, L/LEI, Department of State, 2201 C Street NW, Rm. 5419, Washington, D.C. 20520; and (2) Roman Chaban, Office of International Affairs, 1302 New York Ave. NW, Suite 800, Washington, DC 20530.

IT IS FURTHER ORDERED that Schneider be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Schneider, together with any evidence seized incidental to his arrest, will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of Canada to be transported to that country.

SO ORDERED.

Dated: April 23, 2014

Honorable Arthur Nakazato
United States Magistrate Judge
Central District of California



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

April 23, 2014

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Secretary of State
U.S. Department of State
Office of the Legal Advisor
L-LEI Rm. 5419A
Washington, D.C. 20520
ATTN: Paralegal Specialist

Re:   Case No. SACV14-00592 RT (AN)

      U.S.A. v. Douglas Wayne Schneider, Defendant

Dear Sir/Madam:

Enclosed are the following documents, which are being forwarded to you upon completion of extradition proceedings by this Court:

- ☐ Certified copy of the extradition order
- ☐ Certified copy of waiver of extradition proceedings
- ☐ Opinion or Order vacating extradition warrant
- ☒ Transcript of Proceedings:   ☐ enclosed   ☒ to be sent at a later time   ☐ will not be prepared
- ☐ Copies of exhibits admitted at hearing
- ☐ Original (red-ribboned) documents are being retained by the Court. If you are unable to obtain copies of these documents from the Department of Justice, please contact the Deputy Clerk at the above-listed telephone number.
- ☐ Copy of extradition order. Original "Entered" order will be sent later with further case documents, if any.
- ☒ Other (3) Certified copies of Affidavit of Consent to Extradition; (3) Certified copies of Certificate of Extraditability and Order of Commitment; (3) Copies of the Court's 4/23/14 Civil Minutes

Clerk, U.S. District Court

Dated: April 24, 2014

By S. Ybarra
   Deputy Clerk
   ☐ Western Division
   ☒ Southern Division
   ☐ Eastern Division

cc: *File*

---

M-47 (09/08)   **LETTER OF TRANSMITTAL OF DOCUMENTS RE EXTRADITION**