```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
 4  Assistant United States Attorney
 5       8000 United States Courthouse
         411 West Fourth Street
 6       Santa Ana, California  92701
         Telephone:  (714) 338-3538
 7       Facsimile:  (714) 338-3708
         Email: joshua.robbins@usdoj.gov
 8
 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOUGLAS WAYNE SCHNEIDER,<br><br>A fugitive from the Government of Canada. | No. ~~SA-14-89-M~~ SACV14-592 RT(AN)<br><br>AFFIDAVIT OF CONSENT TO EXTRADITION<br><br>[18 U.S.C. § 3184] |

## AFFIDAVIT OF CONSENT TO EXTRADITION

1. I, Douglas Wayne Schneider, have been fully informed by my attorney, Cuauhtemoc Ortega, with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. § 3184 et seq., and the extradition treaty in effect between the United States of America and the Government of Canada ("Canada").

2. In particular, I understand that Canada has requested my extradition and that under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

   a. that currently there is an extradition treaty in force between the United States and Canada;

   b. that the treaty covers the offenses for which my extradition was requested, namely: 1) Trading in unregistered securities, in violation of Sections 75(1)(a)(ii) and 194 of the Securities Act (Alberta) RSA 2000, C. S-4 as amended ("Securities Act"); (2) Distributing securities without filing and receiving a receipt for a preliminary prospectus and prospectus from the Executive Director of the ASC, in violation of Sections 110 and 194 of the Securities Act; (3) Making a statement that was misleading or untrue, or failing to state a fact necessary to make a statement not misleading, regarding the use of investor funds, in violation of Sections 92(4.1) and 194; and (4) Securities fraud, in contravention of Sections 93 and 194 of the Securities Act.

   c. that I am the person whose extradition is sought by Canada; and

1         d.    that probable cause exists to believe that I
2 committed the offense for which extradition was requested.
3     3.    I further understand that I cannot be extradited to
4 the requesting state unless and until a court of the United
5 States certifies its finding of extraditability to the Secretary
6 of State and the Secretary of State signs a warrant of
7 surrender.
8     4.    In full knowledge of the above, I hereby concede that
9 I am the individual against whom the charges referenced in
10 paragraph 2(b) are pending in Canada and for whom process is
11 outstanding there. In addition, I hereby stipulate that there
12 is probable cause to support my extradition to the requesting
13 state for the charges for which extradition was sought.
14     5.    In light of the foregoing, I hereby consent:
15         a.    to a certification by the Court of my
16 extraditability without the need for a hearing as contemplated
17 under 18 U.S.C. § 3184;
18         b.    to a decision by the Secretary of State
19 authorizing my surrender;
20         c.    to be transported in custody to the requesting
21 state as soon as its agents may arrive; and
22         d.    to remain in the custody of the United States
23 Marshal pending the arrival of agents of the requesting state.
24 I give this consent voluntarily, knowingly and entirely of my
25 own free will. No representative, official, or officer of the
26 United States or Canada, nor any person whomsoever, has made any
27 //
28

```
 1  promise or offered any other form of inducement nor made any
 2  threat or exercised any form of intimidation against me.
 3
 4                          Dated this  10  day of
                              MARch, 2014.
 5                          _____
 6                          DOUGLAS WAYNE SCHNEIDER
 7
 8  _____
    CUAUHTEMOC ORTEGA
 9  Attorney for DOUGLAS WAYNE SCHNEIDER
10
        I hereby certify that on this 23rd day of April
11
    2014, DOUGLAS WAYNE SCHNEIDER personally appeared before me and
12
    made his oath that the statements herein are true.
13
14
                            _____
15                          Honorable Robert N. Block  Arthur Nakazato
                            United States Magistrate Judge
16                          Central District of California
```

3