ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3538
     Facsimile:  (714) 338-3708
     Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

DOUGLAS WAYNE SCHNEIDER,

A fugitive from the Government of Canada.

No. SA CV 14-00592-RT (AN)

[PROPOSED] CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT

[18 U.S.C. § 3184]

The Court has received the Complaint for Arrest with a View Towards Extradition filed on February 26, 2014, by United States Attorney's Office for the Central District of California, for and on behalf of the Government of Canada ("Canada"), pursuant to Canada's request for the provisional arrest and extradition of the fugitive, Douglas Wayne Schneider ("Schneider"). The Court has also received an Affidavit of Consent to Extradition ("Affidavit") executed by Schneider and witnessed by his attorney in these proceedings, Cuauhtemoc Ortega.

On April 23, 2014, Schneider appeared before the Court in open session, accompanied by his attorney. The Court addressed Schneider and is satisfied that he is aware of his rights as set forth in the Affidavit and that the Affidavit was executed knowingly and voluntarily.

Inasmuch as Schneider has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending the arrival of agents from the requesting state to transfer him to the requesting state, the Court finds on the basis of the record herein and the representations of Schneider and counsel that:

1.   The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2.   The Court has personal jurisdiction over Schneider and subject matter jurisdiction over the case.

3.   There is currently in force an extradition treaty between the Government of the United States of America and the Government of Canada, U.S.-Canada, Dec. 3, 1971, 27 U.S.T. 983, TIAS No. 8237 (the "Extradition Treaty"), which was amended in part by the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991 (the "1988 Protocol"); and by the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (the "2001 Protocol").

4. Schneider has been charged by felony complaint in Alberta, Canada, with the following charges: 1) Trading in unregistered securities, in violation of Sections 75(1)(a)(ii) and 194 of the Securities Act (Alberta) RSA 2000, C. S-4 as amended ("Securities Act"); (2) Distributing securities without filing and receiving a receipt for a preliminary prospectus and prospectus from the Executive Director of the ASC, in violation of Sections 110 and 194 of the Securities Act; (3) Making a statement that was misleading or untrue, or failing to state a fact necessary to make a statement not misleading, regarding the use of investor funds, in violation of Sections 92(4.1) and 194; and (4) Securities fraud, in violation of Sections 93 and 194 of the Securities Act.

5. The charged offenses are extraditable offenses under Article 2 of the Extradition Treaty, as replaced by Article I of the 1988 Protocol, which provides that extradition shall be granted for conduct that constitutes an offense punishable by the laws of both Canada and the United States by imprisonment or other form of detention for a term exceeding one year or any greater punishment.

6. The requesting state seeks the extradition of Schneider so that he may be held to answer these charges.

7. Schneider has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing findings, the Court concludes that Schneider is extraditable for the offense for which extradition

was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court shall deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk shall forward for the appropriate disposition certified copies of the same to the following persons: (1) Anna Cavnar, Office of the Assistant Legal Adviser for Law Enforcement and Intelligence, L/LEI, Department of State, 2201 C Street NW, Rm. 5419, Washington, D.C. 20520; and (2) Roman Chaban, Office of International Affairs, 1302 New York Ave. NW, Suite 800, Washington, DC 20530.

IT IS FURTHER ORDERED that Schneider be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Schneider, together with any evidence seized incidental to his arrest, will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of Canada to be transported to that country.

SO ORDERED.

Dated: April 23, 2014

Honorable Arthur Nakazato
United States Magistrate Judge
Central District of California

4